```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

     NOV 1 3 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>  vs.<br><br>Eugene Gibson Mike,<br><br>             Defendant. | CR-18-08368-PCT-DWL (JZB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 1153 and 113(a)(3)<br>(CIR - Assault with a Dangerous Weapon)<br>Count 1<br><br>18 U.S.C. § 924(c)<br>(Discharge of a Firearm During a Crime of Violence)<br>Count 2<br><br>18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR - Assault Resulting in Serious Bodily Injury)<br>Count 3<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of Firearm)<br>Count 4<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

**COUNT ONE**

On or about September 2, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant EUGENE GIBSON

MIKE, an Indian, did intentionally and knowingly assault the victim, M.Y., with a dangerous weapon, that is, a firearm, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT TWO

On or about September 2, 2018, in the District of Arizona, defendant EUGENE GIBSON MIKE did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is Assault with a Dangerous Weapon, as alleged in Count One, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

On or about September 2, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant EUGENE GIBSON MIKE, an Indian, did intentionally, knowingly, and recklessly assault the victim, M.Y., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT FOUR

On or about September 2, 2018, in the District of Arizona, the defendant, EUGENE GIBSON MIKE, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm (to wit: a .22 caliber Remington rifle, Model 5501).

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts One through Four of this Indictment, which are incorporated by reference as though fully set forth herein. Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts One through Four of this

Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

- .22 caliber Remington rifle, Model 5501, seized by law enforcement on or about September 2, 2018.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: November 13, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/
WILLIAM G. VOIT
Assistant U.S. Attorney